Ruben Dewayne TAYLOR, a/k/a Ruben D. Taylor, Bishop, Secured Party Creditors and Holder in due course exempt from Levy without recourse Propria Persona Sui Juris Non de Dugdahmoundyah Empire Affiant Victim and Witness to Criminal Activities, Plaintiff—Appellant,

v.

UNITED STATES BANKRUPTCY COURT FOR SOUTH CAROLINA; Us Trustee; Mary G. Slocum, Agent Trustee in her official and private capacity; W. Ryan Hovis, Trustee in his official and private capacity; Head Administrator, Trustee, his name unknown and can be found in the record in his private and official capacity, Defendants—Appellees.

No. 04–2142.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 1, 2005.

Ruben Dewayne Taylor, Appellant pro se.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ruben Dewayne Taylor appeals the district court's order adopting the magistrate judge's recommendation to dismiss without prejudice his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Taylor v. USBC–SC,* No. CA–03–4117–3–22BC (D.S.C. filed Aug. 30, 2004 & entered Aug. 31, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*